IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHARITY STAGGS, | ) |
|     Plaintiffs, | ) ) ) |
| v. | ) Case No. ) |
| AARON M. SMITH & MAX TRANSPORT LLC | ) State Case No. 2018-CV-000372 ) ) ) ) |
|     Defendants. | ) ) |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and Rules 40.2, 81.1, and 81.2 of the Local Rules of this Court, Defendants Max Transport LLC ("Max") and Aaron Smith ("Smith") hereby give notice of the removal of this cause of action to the United States District Court for the District of Kansas. Defendants state the following as grounds for removal.

**PROCEDURAL STATUS OF THE CASE**

1. On February 16, 2018, Plaintiff commenced this action by filing their Petition in the District Court of Sedgwick County, Kansas. The suit is numbered 2018-CV-000372.

2. The District Court of Sedgwick County, Kansas issued its Summons on February 16, 2018.

3. Max received the Summons and Petition on April 3, 2018.

4. Underlying counsel accepted service on behalf of Smith on April 4, 2018.

5. Pursuant to Local Rule 81.1(b)(2), this Notice of Removal is being filed in the Kansas City record office of the Clerk of the United States District Court for the District of Kansas.

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CHARITY STAGGS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. |
| v. | ) | |
| | ) | State Case No. 2018-CV-000372 |
| AARON M. SMITH & | ) | |
| MAX TRANSPORT LLC | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and Rules 40.2, 81.1, and 81.2 of the Local Rules of this Court, Defendants Max Transport LLC ("Max") and Aaron Smith ("Smith") hereby give notice of the removal of this cause of action to the United States District Court for the District of Kansas. Defendants state the following as grounds for removal.

**PROCEDURAL STATUS OF THE CASE**

1. On February 16, 2018, Plaintiff commenced this action by filing their Petition in the District Court of Sedgwick County, Kansas. The suit is numbered 2018-CV-000372.

2. The District Court of Sedgwick County, Kansas issued its Summons on February 16, 2018.

3. Max received the Summons and Petition on April 3, 2018.

4. Underlying counsel accepted service on behalf of Smith on April 4, 2018.

5. Pursuant to Local Rule 81.1(b)(2), this Notice of Removal is being filed in the Kansas City record office of the Clerk of the United States District Court for the District of Kansas.

## BASIS FOR FEDERAL COURT ORIGINAL JURISDICTION

6. Plaintiff's Petition seeks damages in excess of $75,000.00 against Defendants, exclusive of interest and costs.

7. According to the Petition, Plaintiff Charity Staggs is a resident of the State of Kansas.

8. Defendant Max is a limited liability corporation organized under the law of the state of Texas, with its principal place of business in Texas. The members of Max are Jimmy and Melanie Conner who are both residents of Desoto, Texas.

8. Defendant Smith is a resident of Garland, Texas.

9. Regarding the true properly joined parties in interest, this is a civil action between citizens of different states within the meaning of 28 U.S.C. 1332(a)(1) and (c)(1).

10. Because this action is between citizens of different states and the matter in controversy exceeds $75,000.00, exclusive of interest and costs, this Court has original jurisdiction over the claims alleged in Plaintiffs' Petition under 28 U.S.C. § 1332(a).

## PROPRIETY OF REMOVAL

11. This Court has original jurisdiction of this matter under 28 U.S.C. § 1332(a).

12. This Notice of Removal is timely because it is filed within thirty (30) days of Max's and Smith's receipt of the Petition in accordance with 28 U.S.C. § 1446(b).

13. Max is not a citizen of the State of Kansas.

14. Smith is not a citizen of the State of Kansas.

15. This matter is properly removable under 28 U.S.C. §§ 1441(a) and (b).

16. Removal of this matter is not barred by 28 U.S.C. § 1445.

17.     Pursuant to 28 U.S.C. § 1446(a), Max and Smith have attached hereto as Exhibit A copies of all process, pleadings and orders served upon it in this matter.

18.     Pursuant to 28 U.S.C. § 1446(d), Max and Smith will file a copy of this Notice of Removal with the District Court of Sedgwick County, Kansas; will provide prompt notice to all adverse parties; and pursuant to Local Rule 81.1(c)(3), will file proof of service of all notices and filings with the Clerk of the United States District Court for the District of Kansas.

WHEREFORE, Defendants Max and Smith remove the above-captioned action from the District Court of Sedgwick County, Kansas to the United States District Court for the District of Kansas.

## DESIGNATION OF PLACE OF TRIAL

Pursuant to Local Rule 40.2(c), Defendants hereby designate Wichita, Kansas as the place of trial in this matter.

Respectfully submitted,

DYSART TAYLOR COTTER
McMONIGLE & MONTEMORE, P.C.


By      /s/ John F. Wilcox, Jr.
John F. Wilcox, Jr.                KsBar#16594
Meghan A. Litecky                  KsBar#27383
4420 Madison Avenue
Kansas City, MO  64111
(816) 931-2700
(816) 931-7377 – FAX
jwilcox@dysarttaylor.com
mlitecky@dysarttaylor.com

ATTORNEYS FOR DEFENDANTS
MAX TRANSPORT LLC & AARON SMITH

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served via electronic mail this 17th day of April, 2018, upon:

Theodore Davis
3241 N. Toben
Wichita, Kansas 67226
tdavis@devaughnjames.com

ATTORNEY FOR PLAINTIFF

                                                */s/ John F. Wilcox, Jr.*
                                                  Attorney for Defendants