ELECTRONICALLY FILED
2018 Feb 16 AM 11:47
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2018-CV-000372-TC



3241 N. Toben
Wichita, KS  67226
316-977-9999 [t]
316-425-0414 [f]

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT

| | |
|---|---|
| CHARITY STAGGS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 18 CV |
| AARON M. SMITH, and<br>MAX TRANSPORT LLC | ) ) ) ) |
| Defendants. | ) ) ) |

PURSUANT TO CHAPTER 60 OF K.S.A.

## **PETITION**

**COMES NOW** Plaintiff, Charity Staggs by and through her attorneys of record, Theodore C. Davis and Richard W. James of DeVaughn James Injury Lawyers and asserts the following in support of her Petition against Defendants Aaron M. Smith and Max Transport LLC:

1. Plaintiff Charity Staggs is a resident of Sedgwick County, Kansas.

2. Defendant Aaron M. Smith is a resident of Mobile, Alabama and may be served at Defendant's residence at 3252 Orleans St, Apt 114, Mobile, AL, 36606.

3. Defendant Max Transport, LLC is a limited liability company and may be served at its resident agent at United States Corporation Agents, Inc. at 9900 Spectrum Drive Austin, TX 78717.

4. Based upon information and belief, Defendant Smith was an employee or agent of Defendant Max Transport at all times material to this Petition and referenced therein.

5. Defendant Max Transport is liable for the actions of Def Defendant Smith under the laws/theories of vicarious liability and respondent superior.

6. On or about 12/21/2017, Defendant Smith was operating a motor vehicle and was involved in a collision with Plaintiff in Sedgwick County, Kansas.

7. Defendant Smith negligently caused the collision with Plaintiff.

8. Specifically, Defendant Smith was careless and negligent as follows:

    a. Inattentive operation of a motor vehicle;

    b. Failure to keep a proper lookout;

    c. Failure to use ordinary care;

    d. Failure to give warning;

    e. Failure to take evasive action;

    f. Careless driving;

    g. Operation of a commercial motor vehicle without first ascertaining that movement can be safely made;

    h. Violating the minimum duties and standards of care set forth under 49 C.F.R. §§ 380 through 399;

    i. Violating the minimum duties and standards of care set forth under 49 C.F.R. § 383.113 by operating a commercial motor vehicle when the driver does not possess and demonstrate the basic vehicle control skills, safe driving skills and driving skills required by this regulation;

    j.    Violating the minimum duties and standards of care set forth under 49 C.F.R. § 383.111 by operating a commercial motor vehicle when the driver did not have knowledge of safe operating regulations, including basic backing maneuvers; and

    k.    Negligence and negligence per se for violation of 49 C.F.R. § 383.110 by operation of a commercial motor vehicle without the knowledge and skills necessary to operate the same safely.

9.    As a result of the Defendants' negligence, Plaintiff sustained personal injuries. Plaintiff's damages include past medical expenses, future medical expenses, past and future economic damages and past and future non-economic damages including pain, suffering and mental anguish.

10.    Plaintiff has incurred both economic and non-economic damages as a result of the negligence of the defendants. Specifically, Plaintiff was forced to seek medical attention, and it is reasonably calculated that Plaintiff may require medical attention in the future as a result of this accident.

WHEREFORE, Plaintiff requests judgment against Defendant for an amount in an amount in excess of SEVENTY FIVE THOUSAND ($75,000.00), together with the costs incurred herein and for such other and any further relief this Court deems fair, just and equitable.

        Respectfully submitted,

        DeVaughn James Injury Lawyers

        By:  /s/Theodore C. Davis
        Theodore C. Davis, #25951
        Richard W. James, #19822
        *Attorneys for Plaintiff*

4

## **DEMAND FOR JURY TRIAL**

Plaintiff requests a jury trial of twelve (12) persons on all issues so triable.

            By: /s/Theodore C. Davis
            Theodore C. Davis, #25951
            Richard W. James, #19822
            *Attorneys for Plaintiff*

4